# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:03CR497** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JOHN OGLESBY,** | ) | |
| | ) | |
| Defendant. | ) | |

The court has been informed that the Federal Public Defender has declined the appointment as counsel for John Oglesby (Oglesby) as set forth in Filing No. 17. Accordingly, the court appoints James J. Regan, 1905 Harney Street, Omaha, NE 68102 as counsel for Oglesby for the balance of proceedings in this matter.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

DATED this 16th day of October, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge