IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR214 |
| | ) | 8:03CR497 |
| v. | ) | |
| | ) | |
| JOHN OGLESBY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On May 7, 2009, the defendant appeared with counsel for a disposition hearing on Petitions for Warrant for Offender Under Supervision (Filing No. 24 in 8:03CR214; Filing No. 17 in 8:03CR497). Defendant was present and represented by James J. Regan. Plaintiff was represented by Maria R. Moran, Assistant United States Attorney. The defendant admitted the allegations contained in the Petitions under both dockets and the Court found the defendant to be in violation of the conditions of his supervised release. The Court then proceeded to sentencing.

IT IS ORDERED:

1. Defendant's supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 33 months in each case. Such terms of imprisonment are to be served concurrently to each other and concurrent to the sentence imposed in Case No. 8:08CR380.

2. Upon completion of the defendant's incarceration, his supervised release will terminate in these two cases.

DATED this 11th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 200__.

_____Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 200__ to _____, with a certified copy of this judgment.

_____UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200___.

_____UNITED STATES WARDEN

By: _____